

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire BT7513

In Re:

**EMMANUEL O. UDOH**

**Order Filed on December 18, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No.: 17-30084

Adv. No.:

Hearing Date: November 28, 2017

Judge: Jerrold N. Poslusny, Jr.

## ORDER CONCERNING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: December 18, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Emmanuel O. Udoh
Case No.: 17-30084/JNP
Caption of Order: Order Concerning Motion for Relief from the Stay

---

Whereas Ocean First Bank filed a Motion for an Order for Relief from the Stay relating to property known as 240 Sea Pine Drive, Egg Harbor Township, NJ and;

Whereas the debtor filed a Chapter 13 on October 03, 2017 and;

Whereas the debtor filed an opposition to said motion on November 17, 2017 and:

Whereas the Court having conducted a hearing on November 28, 2017.

It is hereby **ORDERED** that the Confirmation Hearing shall be held on January 17, 2107 at 10 am.

It is further hereby **ORDERED** that the motion for relief from the stay filed by Ocean First Bank will be carried to the same date.

It is further hereby **ORDERED** that the debtor shall file a modified plan by December 08, 2017.