| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire BT7513 | **Order Filed on December 18, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>**EMMANUEL O. UDOH** | Case No.: 17-30084<br><br>Adv. No.:<br><br>Hearing Date: November 28, 2017<br><br>Judge: Jerrold N. Poslusny, Jr. |

**ORDER CONCERNING MOTION FOR RELIEF FROM THE STAY**

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: December 18, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtor: Emmanuel O. Udoh
Case No.: 17-30084/JNP
Caption of Order: Order Concerning Motion for Relief from the Stay

---

Whereas Ocean First Bank filed a Motion for an Order for Relief from the Stay relating to property known as 240 Sea Pine Drive, Egg Harbor Township, NJ and;

Whereas the debtor filed a Chapter 13 on October 03, 2017 and;

Whereas the debtor filed an opposition to said motion on November 17, 2017 and:

Whereas the Court having conducted a hearing on November 28, 2017.

It is hereby **ORDERED** that the Confirmation Hearing shall be held on January 17, 2107 at 10 am.

It is further hereby **ORDERED** that the motion for relief from the stay filed by Ocean First Bank will be carried to the same date.

It is further hereby **ORDERED** that the debtor shall file a modified plan by December 08, 2017.

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-30084-JNP
Emmanuel O. Udoh                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Dec 18, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db             +Emmanuel O. Udoh,   700 North Franklin Boulevard,    Apartment 1408,
                 Pleasantville, NJ 08232-1583

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
              Brian S. Thomas    on behalf of Debtor Emmanuel O. Udoh brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Rebecca K. McDowell    on behalf of Creditor    OceanFirst Bank rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6