# BRIAN S. THOMAS, LLC
## ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 · FAX: (609) 601-6061 · Email:  brian@brianthomaslaw.com

18 NORTH MAIN STREET
CAPE MAY COURT HOUSE, NJ 08210
(609) 463-4800

157 NORTH MAIN STREET
MANAHAWKIN, NJ 08050
(609) 978-4800

January 11, 2018

**Via Electronic Filing**
Honorable Jerrold N. Poslusny, Jr. USBJ
United States Bankruptcy Court
United States Post Office and Court House Building
PO Box 2067
Camden, New Jersey 08101

> Re:   Bankruptcy of Emmanuel O. Udoh
>       Our File No. N29567-BT
>       Case No. 17-30084/JNP

Dear Judge Poslusny:

    A motion for relief is returnable on January 17, 2018. I am requesting a two week adjournment to allow time to resolve issues with the mortgage company. My adversary, Rebecca McDowell, consents to the adjournment.

    Your Honor's attention to this matter is sincerely appreciated.

                    Respectfully yours,

                    Brian S. Thomas

BST:kl
Enclosure
CC:  Rebecca K. McDowell, Esquire – **Via E-Mail rmcdowell@slgcollect.com**