UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire BT7513

In Re:

EMMANUEL O. UDOH

Case No.: 17-30084

Adv. No.:

Chapter: 13

Hearing Date: 01/17/18

Judge: JNP

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Brian S. Thomas_____,
   ☒ am the attorney for: _____Emmanuel O. Udoh_____
   ☐ am self-represented

   Phone number: _____609-601-6066_____

   Email address: _____brian@brianthomaslaw.com_____

2. I request an adjournment of the following hearing:

   Matter: _____motion for relief filed by_____

   Current hearing date and time: _____01/17/18_____

   New date requested: _____January 31, 2018_____

   Reason for adjournment request: _____time to respond to motion for relief_____

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____01/17/18_____

    New date requested: _____01/31/18_____

    Reason for adjournment request: time to resolve issues _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 01/10/18 _____    /s/ Brian S. Thomas _____
    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 1/30/2018 at 10 am    ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*