---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire BT7513

In Re:

EMMANUEL O. UDOH

Case No.:  17-30084

Adv. No.:  

Chapter:  13

Hearing Date:  03/01/18

Judge:  JNP

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Brian S. Thomas__,

   ☒  am the attorney for:  __Emmanuel O. Udoh__

   ☐  am self-represented

   Phone number:  __609-601-6066__

   Email address:  __brian@brianthomaslaw.com__

2. I request an adjournment of the following hearing:

   Matter:  __Evidentiary Hearing__

   Current hearing date and time:  __March 01, 2018__

   New date requested:  __March 08, 2018__

   Reason for adjournment request:  __Bank requested an inspection of debtor's home. Debtor also exploring whether a settlement is possible.__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 02/23/18 _____    /s/ Brian S. Thomas _____
                                         Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 3/15/2018 at 10 am         ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2