Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−30084−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Emmanuel O. Udoh
  700 North Franklin Boulevard
  Apartment 1408
  Pleasantville, NJ 08232

Social Security No.:
  xxx−xx−6900

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/2/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 2, 2018
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 17-30084-JNP
Emmanuel O. Udoh                                              Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 02, 2018
                              Form ID: 148             Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
db             +Emmanuel O. Udoh,    700 North Franklin Boulevard,    Apartment 1408,
                 Pleasantville, NJ 08232-1583
cr             +OceanFirst Bank,   Saldutti Law Group,    Rebecca K. McDowell, Esquire,    800 N Kings Highway,
                 Suite 300,   Cherry Hill, NJ 08034-1511
517102846      +Saldutti, LLC,   800 North Kings Highway,    Cherry Hill, NJ 08034-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 00:04:41      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 00:04:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517102844      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 03 2018 00:04:10      Ditech Financial, LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
517102845      +E-mail/Text: collectionbankruptcy@oceanfirst.com Aug 03 2018 00:05:20      Ocean First,
                 1001 Asbury Avenue,   Ocean City, NJ 08226-3329
517105359      +EDI: RMSC.COM Aug 03 2018 03:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              Brian S. Thomas    on behalf of Debtor Emmanuel O. Udoh brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              Rebecca K. McDowell    on behalf of Creditor   OceanFirst Bank rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```